FEDERICO ZUNINO, Appellant, v. PARODI CIGAR COMPANY, INCORPORATED, Respondent.

*Contract — services — alleged wrongful discharge — adequacy of verdict.*

*Zunino* v. *Parodi Cigar Co., Inc.*, 188 App. Div. 955, affirmed.

(Argued May 3, 1921; decided May 31, 1921.)

APPEAL from a judgment, entered July 25, 1919, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order

of the court at a Trial Term setting aside a verdict in favor of plaintiff and granting a new trial and directed reinstatement of said verdict; also appeal from an order of said Appellate Division entered June 6, 1919, which affirmed an order of Special Term denying a motion to set aside the verdict and for a new trial. The action was to recover upon a written contract of employment for alleged wrongful discharge. The jury found a verdict for $500 in favor of plaintiff, who moved to set aside said verdict as inadequate. The trial court granted said motion. After the reversal by the Appellate Division plaintiff made a second motion at Special Term for the same relief, which motion was denied.

*John B. Doyle* for appellant.

*Samuel F. Frank* and *Arthur W. Weil* for respondent.

Judgment affirmed, with costs; appeal from order dismissed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.